**Order entered March 25, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01133-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**DARIN JOHNSON, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75869-V**

### ORDER

Before the Court is Darin Johnson's March 23, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellee's brief due on or before April 21, 2020.

/s/     LANA MYERS
        JUSTICE